[No. 15291-2-I.  Division Three.  August 27, 1986.]

CARL E. WOOD, ET AL, *Appellants,* v. ROBERT H.
WELCH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for San
Juan County, No. 4328, Richard L. Pitt, J., entered July 23,
1984. *Affirmed* by unpublished opinion per Thompson, J.,
concurred in by Green, C.J., and Munson, J.

[No. 15596-2-I.  Division Three.  August 27, 1986.]

VOSK A & M, *Appellant,* v. JOHN L. SCOTT, INC.,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 84-2-08097-3, Gary M. Little, J., entered
October 22, 1984. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Green, C.J., and Thompson, J.

[No. 14516-9-I.  Division Three.  August 27, 1986.]

NINA FIREY, *Appellant,* v. THE CITY OF
SEATTLE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 83-2-02050-6, Rosselle Pekelis, J., entered
February 24, 1984. *Affirmed* by unpublished opinion per
Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 15521-1-I.  Division Three.  August 27, 1986.]

CHESTER L. STRAW, *Appellant,* v. ESTEEM CONSTRUCTION
COMPANY, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 82-2-06503-0, Anthony P. Wartnik, J.,
entered September 24, 1984. *Affirmed* by unpublished
opinion per Green, C.J., concurred in by Munson and
Thompson, JJ. Now published at 45 Wn. App. 869.